FILED

1   Leemore Kushner (SBN 221969)
    KUSHNER LAW GROUP
2   801 North Citrus Avenue
    Los Angeles, California 90038
3   Telephone: (323) 515-7894
    Facsimile: (323) 544-8170
4   Email: lkushner@kushnerlawgroup.com

5   Attorneys for Plaintiff Malibu Media, LLC

2012 APR 26  AM 10: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

6

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MALIBU MEDIA, LLC, a California        Case No. **CV12-3614** -GHK
    corporation,                                        (Ex)
12
                    Plaintiff,              **COMPLAINT**
13
            v.
14
    JOHN DOES 1 through 10,
15
                    Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff, Malibu Media, LLC, sues John Does 1-10, and alleges:

## Introduction

1.     This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

2.     Each of the Defendants copied and distributed most of a website containing 51 movies. This is known as a "siterip." The file containing the subject website is so large that the Defendants' computers must have worked collaboratively with each other through the process described below for numerous weeks or months to effectuate a complete download and redistribution of the subject website.[1]

3.     Throughout this Complaint the word "Works" refers to 51 movies contained on the subject website.

4.     Through this suit, Plaintiff alleges each Defendant is liable for:

• Direct copyright infringement in violation of 17 U.S.C. §§ 106 and 501; and

• Contributory copyright infringement.

## Jurisdiction And Venue

5.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

6.     As set forth on Exhibit A, each of the Defendants' acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and therefore pursuant to Cal. Civ. Proc. Code § 410.10, this Court has personal jurisdiction over each Defendant

---

[1] The hit dates listed in the exhibits are not evidence of when a particular Defendant started the download but are merely evidence of when the investigator's server recorded an IP address sending a particular piece of data.

1  because each Defendant committed the tortious conduct alleged in this Complaint in
2  the State of California, and (a) each Defendant resides in the State of California,
3  and/or (b) each Defendant has engaged in continuous and systematic business
4  activity in the State of California.

5       7.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c),
6  because: (i) a substantial part of the events or omissions giving rise to the claims
7  occurred in this District; and, (ii) a Defendant resides (and therefore can be found)
8  in this District and all of the Defendants reside in this State; additionally, venue is
9  proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases)
10 because each Defendant or each Defendant's agent resides or may be found in this
11 District.

12                        **Parties**

13      8.     Plaintiff is a corporation organized and existing under the laws of the
14 State of California and has its principal place of business located at 31356 Broad
15 Beach Road, Malibu, CA 90265.

16      9.     Each Defendant is known to Plaintiff only by an IP address.

17      10.     An IP address is a number that is assigned by an Internet Service
18 Provider (an "ISP") to devices, such as computers, that are connected to the Internet.

19      11.     The ISP to which each Defendant subscribes can correlate the
20 Defendant's IP address to the Defendant's true identity.

21                        **Joinder**

22      12.     Pursuant to Fed. R. Civ. P. 20(a)(2), each of the Defendants was
23 properly joined because, as set forth in more detail below, Plaintiff asserts that: (a)
24 each of the Defendants is jointly and severally liable for the infringing activities of
25 each of the other Defendants, and (b) the infringement complained of herein by each
26 of the Defendants was part of a series of transactions, involving the exact same
27 torrent file containing of Plaintiff's copyrighted Works, and was accomplished by
28 the Defendants acting in concert with each other, and (c) there are common

1   questions of law and fact; indeed, the claims against each of the Defendants are

2   identical and each of the Defendants used the BitTorrent protocol to infringe

3   Plaintiff's copyrighted Works.

4                          **Factual Background**

5   **I.      Plaintiff Owns The Copyright To The Motion Pictures**

6          13.      Plaintiff has obtained the registration for, or has applied to obtain the

7   registration for, 15 of the 51 movies contained in the siterip with the United States

8   Copyright Office.

9          14.      An internet screen shot from www.copyright.gov of each Registration,

10  along with a copy of any pending application for copyright registration, is attached

11  as Composite Exhibit B.

12         15.      The date on which the United States Copyright Office Registered the

13  works and the date IPP Limited recorded each Defendant's infringement is set forth

14  on Exhibit C.   Exhibit C demonstrates that each infringement occurred after the

15  registration date.

16  **II.     Defendants Used BitTorrent To Infringe Plaintiff's Copyright**

17         16.      BitTorrent is one of the most common peer-to-peer file sharing

18  protocols (in other words, set of computer rules) used for distributing large amounts

19  of data; indeed, it has been estimated that users using the BitTorrent protocol on the

20  internet account for over a quarter of all internet traffic.   The creators and user's of

21  BitTorrent developed their own lexicon for use when talking about BitTorrent; a

22  copy of the BitTorrent vocabulary list posted on www.Wikipedia.org is attached as

23  Exhibit D.

24         17.      The BitTorrent protocol's popularity stems from its ability to distribute

25  a large file without creating a heavy load on the source computer and network.   In

26  short, to reduce the load on the source computer, rather than downloading a file

27  from a single source computer (one computer directly connected to another), the

28  BitTorrent protocol allows users to join a "swarm" of host computers to download

1  and upload from each other simultaneously (one computer connected to numerous
2  computers).

3    **A.    Each Defendant Installed a BitTorrent Client onto his or her**
4         **Computer**

5    18.    Each Defendant installed a BitTorrent Client onto his or her computer.

6    19.    A BitTorrent "Client" is a software program that implements the
7  BitTorent protocol.  There are numerous such software programs including µTorrent
8  and Vuze, both of which can be directly downloaded from the internet.  See
9  www.utorrent.com and http://new.vuze-downloads.com/.

10   20.    Once installed on a computer, the BitTorrent "Client" serves as the
11 user's interface during the process of uploading and downloading data using the
12 BitTorrent protocol.

13   **B.    The Initial Seed, Torrent, Hash and Tracker**

14   21.    A BitTorrent user that wants to upload a new file, known as an "initial
15 seeder," starts by creating a "torrent" descriptor file using the Client he or she
16 installed onto his or her computer.

17   22.    The Client takes the target computer file, the "initial seed," here the
18 subject website containing the copyrighted Works, and divides it into groups of bits
19 known as "pieces."

20   23.    The Client then gives each one of the computer file's pieces, in this
21 case, pieces of the copyrighted Works, a random and unique alphanumeric identifier
22 known as a "hash" and records these hash identifiers in the torrent file.

23   24.    When another peer later receives a particular piece, the hash identifier
24 for that piece is compared to the hash identifier recorded in the torrent file for that
25 piece to test that the piece is error-free.  In this way, the hash identifier works like an
26 electronic fingerprint to identify the source and origin of the piece and that the piece
27 is authentic and uncorrupted.

28   25.    Torrent files also have an "announce" section, which specifies the URL

1   (Uniform Resource Locator) of a "tracker," and an "info" section, containing
2   (suggested) names for the files, their lengths, the piece length used, and the <u>hash</u>
3   <u>identifier</u> for each piece, all of which are used by Clients on peer computers to
4   verify the integrity of the data they receive.

5         26.    The "tracker" is a computer or set of computers that a torrent file
6   specifies and to which the torrent file provides peers with the URL address(es).

7         27.    The tracker computer or computers direct a peer user's computer to
8   other peer user's computers that have particular pieces of the file, here the
9   copyrighted Works, on them and facilitates the exchange of data among the
10  computers.

11        28.    Depending on the BitTorrent Client, a tracker can either be a dedicated
12  computer (centralized tracking) or each peer can act as a tracker (decentralized
13  tracking).

14      **C.**     **<u>Torrent Sites</u>**

15        29.    "Torrent sites" are websites that index torrent files that are currently
16  being made available for copying and distribution by people using the BitTorrent
17  protocol.  There are numerous torrent websites, including <u>www.TorrentZap.com</u>,
18  <u>www.Btscene.com</u>, <u>www.ExtraTorrent.com</u>, and <u>www.piratebay.org</u>.

19        30.    Upon information and belief, each Defendant went to a torrent site to
20  upload and download Plaintiff's copyrighted Works.

21      **D.**     **<u>Uploading and Downloading Works Through a BitTorrent Swarm</u>**

22        31.    Once the initial seeder has created a torrent and uploaded it onto a
23  torrent site then other peers begin to download and upload the computer file to
24  which the torrent is linked (here the copyrighted Works) using the BitTorrent
25  protocol and BitTorrent Client that the peers installed on their computers.

26        32.    The BitTorrent protocol causes the initial seed's computer to send
27  different pieces of the computer file, here the copyrighted Works, to the peers
28  seeking to download the computer file.

33.    Once a peer receives a piece of the computer file, here a piece of the Copyrighted Works, it starts transmitting that piece to the other peers.

34.    In this way, all of the peers and seeders are working together in what is called a "swarm."

35.    Here, each Defendant peer member participated in the same swarm and directly interacted and communicated with other members of that swarm through digital handshakes, the passing along of computer instructions, uploading and downloading, and by other types of transmissions.

36.    In this way, and by way of example only, one initial seeder can create a torrent that breaks a movie up into hundreds or thousands of pieces saved in the form of a computer file, like the Works here, upload the torrent onto a torrent site, and deliver a different piece of the copyrighted work to each of the peers.   The recipient peers then automatically begin delivering the piece they just received to the other peers in the same swarm.

37.    Once a peer, here a Defendant, has downloaded the full file, the BitTorrent Client reassembles the pieces and the peer is able to view the movie.

**E.    Plaintiff's  Computer  Investigators  Identified  Each  of  the Defendants' IP Addresses as Participants in a Swarm That Was Distributing Plaintiff's Copyrighted Works**

38.    Plaintiff retained IPP, Limited ("IPP") to identify the IP addresses that are being used by those people that are using the BitTorrent protocol and the internet to reproduce, distribute, display or perform Plaintiffs' copyrighted works.

39.    IPP used forensic software named INTERNATIONAL IPTRACKER v1.2.1 and related technology enabling the scanning of peer-to-peer networks for the presence of infringing transactions.

40.    IPP extracted the resulting data emanating from the investigation, reviewed the evidence logs, and isolated the transactions and the IP addresses associated  therewith  for  the  file  identified  by  the  SHA-1  hash  value  of

1 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30      (the "Unique Hash
2 | Number").

3 |     41.   The IP addresses, Unique Hash Number and hit dates contained on
4 | Exhibit A accurately reflect what is contained in the evidence logs, and show:

5 |     (A)   Each Defendant had copied a piece of Plaintiff's copyrighted Works
6 |         identified by the Unique Hash Number; and

7 |     (B)   Therefore, each Defendant was part of the same series of transactions.

8 |     42.   Through each of the transactions, each of the Defendant's computers
9 | used their identified IP addresses to connect to the investigative server from a
10 | computer in this District in order to transmit a full copy, or a portion thereof, of a
11 | digital media file identified by the Unique Hash Number.

12 |     43.   IPP's agent analyzed each BitTorrent "piece" distributed by each IP
13 | address listed on Exhibit A and verified that re-assemblage of the pieces using a
14 | BitTorrent Client results in a fully playable digital motion picture of the Works.

15 |     44.   IPP's agent viewed the Works side-by-side with the digital media file
16 | that correlates to the Unique Hash Number and determined that they were identical,
17 | strikingly similar or substantially similar.

18 | **Miscellaneous**

19 |     45.   All conditions precedent to bringing this action have occurred or been
20 | waived.

21 |     46.   Plaintiff retained counsel to represent it in this matter and is obligated
22 | to pay said counsel a reasonable fee for its services.

23 | **COUNT I**

24 | **Contributory Infringement Against Does 1-10**

25 |     47.   The allegations contained in paragraphs 1-46 are hereby re-alleged as if
26 | fully set forth herein.

27 |     48.   Plaintiff is the owner of the copyrights for the Works, each of which
28 | contains an original work of authorship.

49.    By using the BitTorrent protocol and a BitTorrent Client and the processes described above, each Defendant copied the constituent elements of the Works that are original.

50.    Plaintiff did not authorize, permit or consent to Defendants' copying of its Works.

51.    As a result of the foregoing, each Defendant violated Plaintiff's exclusive right to:

(A)    Reproduce the Works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)    Redistribute copies of the Works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)    Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the Works' images in any sequence and/or by making the sounds accompanying the Works audible and transmitting said performance of the Works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D)    Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the Works nonsequentially and transmitting said display of the Works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

52.    Each of the Defendants' infringements was committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

53.    Plaintiff has suffered actual damages that were proximately caused by each of the Defendants including lost sales, price erosion and a diminution of the value of its copyrights.

1    WHEREFORE, Plaintiff respectfully requests that the Court:

2    (A)   Permanently enjoin each Defendant and all other persons who are in
3    active concert or participation with each Defendant from continuing to infringe
4    Plaintiff's copyrighted Works;

5    (B)   Order that each Defendant delete and permanently remove the torrent
6    file relating to Plaintiff's copyrighted Works from each of the computers under each
7    such Defendant's possession, custody or control;

8    (C)   Order that each Defendant delete and permanently remove the copy of
9    the Works each Defendant has on the computers under Defendant's possession,
10   custody or control;

11   (D)   Award Plaintiff the greater of: (i) statutory damages in the amount of
12   $150,000 per Defendant, per registered Work infringed, pursuant to 17 U.S.C. §
13   504-(a) and (c), or (ii) Plaintiff's  actual damages and any additional profits of the
14   Defendant pursuant to 17 U.S.C. § 504-(a)-(b);

15   (E)   Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17
16   U.S.C. § 505; and

17   (F)   Grant Plaintiff any other and further relief this Court deems just and
18   proper.

## COUNT II

### Contributory Infringement Against Does 1-10

21   54.   The allegations contained in paragraphs 1-46 are hereby re-alleged as if
22   fully set forth herein.

23   55.   Plaintiff is the owner of the copyrights for the Works, each of which
24   contains an original work of authorship.

25   56.   By using the BitTorrent protocol and a BitTorrent Client and the
26   processes described above, each Defendant copied the constituent elements of each
27   of the Works that are original.

28   57.   By participating in the BitTorrent swarm with the other Defendants,

1  each Defendant induced, caused or materially contributed to the infringing conduct
2  of each other Defendant.

3      58.    Plaintiff did not authorize, permit or consent to Defendants' inducing,
4  causing or materially contributing to the infringing conduct of each other Defendant.

5      59.    Each Defendant knew or should have known that other BitTorrent
6  users, here the other Defendants, would become members of a swarm with
7  Defendant.

8      60.    Each Defendant knew or should have known that other BitTorrent users
9  in a swarm with it, here the other Defendants, were directly infringing Plaintiff's
10  copyrighted Works by copying constituent elements of the Works that are original.

11      61.    Indeed, each Defendant directly participated in and therefore materially
12  contributed to each other Defendant's infringing activities.

13      62.    Each of the Defendants' contributory infringements were committed
14  "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

15      63.    Plaintiff has suffered actual damages that were proximately caused by
16  each of the Defendants including lost sales, price erosion, and a diminution of the
17  value of its copyright.

18      WHEREFORE, Plaintiff respectfully requests that the Court:

19      (A)    Permanently enjoin each Defendant and all other persons who are in
20  active concert or participation with each Defendant from continuing to infringe
21  Plaintiff's copyrighted Works;

22      (B)    Order that each Defendant delete and permanently remove the torrent
23  file relating to Plaintiff's copyrighted Works from each of the computers under each
24  such Defendant's possession, custody or control;

25      (C)    Order that each Defendant delete and permanently remove the copy of
26  the Works each Defendant has on the computers under Defendant's possession,
27  custody or control;

28      (D)    Find that each Defendant is jointly and severally liable for the direct

1   infringement of each other Defendant;

2       (E)   Award Plaintiff the greater of: (i) statutory damages in the amount of

3   $150,000 per Defendant, per registered Work infringed, pursuant to 17 U.S.C. §

4   504-(a) and (c), or (ii) Plaintiff's actual damages and any additional profits of the

5   Defendant pursuant to 17 U.S.C. § 504-(a)-(b);

6       (F)   Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17

7   U.S.C. § 505; and

8       (E)   Grant Plaintiff any other and further relief this Court deems just and

9   proper.

10                    **DEMAND FOR A JURY TRIAL**

11      Plaintiff hereby demands a trial by jury on all triable issues.

12

13  DATED: April 24, 2012          KUSHNER LAW GROUP

14

15

16                          By: _____
                                  Leonore L. Kushner
17                                Attorneys for Plaintiff Malibu Media, LLC

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**SHA-1 Hash:** BE309EAAEA62390FF5E35F4B018E7D1C89C51A30   **Title:**   X-Art Siterip #14
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.106.217.144 | 3/3/2012 21:23 | Irvine | CA | Cox Communications | BitTorrent |
| 2 | 68.109.76.176 | 2/10/2012 2:24 | Aliso Viejo | CA | Cox Communications | BitTorrent |
| 3 | 68.109.85.251 | 2/6/2012 12:59 | Laguna Niguel | CA | Cox Communications | BitTorrent |
| 4 | 68.228.87.169 | 2/15/2012 7:56 | Irvine | CA | Cox Communications | BitTorrent |
| 5 | 68.6.124.183 | 4/1/2012 19:09 | Santa Barbara | CA | Cox Communications | BitTorrent |
| 6 | 108.0.37.177 | 3/20/2012 21:54 | Chino Hills | CA | Verizon Internet Services | BitTorrent |
| 7 | 108.13.152.187 | 3/8/2012 1:56 | Torrance | CA | Verizon Internet Services | BitTorrent |
| 8 | 173.55.47.163 | 3/15/2012 6:14 | Newbury Park | CA | Verizon Internet Services | BitTorrent |
| 9 | 96.229.170.146 | 4/12/2012 4:38 | Upland | CA | Verizon Internet Services | BitTorrent |
| 10 | 98.119.225.110 | 4/12/2012 4:11 | Covina | CA | Verizon Internet Services | BitTorrent |

EXHIBIT A

CCA17

# EXHIBIT B

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie beautiful blowjob
Search Results: Displaying 1 of 1 entries



Labeled View

*Carlie Beautiful Blowjob .*

Type of Work: Motion Picture
Registration Number / Date: PA0001762079 / 2011-11-21
Application Title: Carlie Beautiful Blowjob .
Title: Carlie Beautiful Blowjob .
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
Date of Creation: 2010
Date of Publication: 2010-03-26
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.

Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
| Select Download Format   Full Record  [▾]   Format for Print/Save |
| Enter your email address:   Email |

# EXHIBIT B

Contact Us | Request Copies |
Copyright Office Home Page | I

AQs) about Copyright |


### United States Copyright Office

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie big toy orgasm
Search Results: Displaying 1 of 1 entries



---

**Labeled View**

### *Carlie Big Toy Orgasm.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001776839 / 2012-02-21 |
| **Application Title:** | Carlie Big Toy Orgasm. |
| **Title:** | Carlie Big Toy Orgasm. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-03-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record  [▾]  [ Format for Print/Save ] |
| Enter your email address:  [ Email ] |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=carlie+big+toy+orgasm&Search_Code=TALL&PI...

1/

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie leila strawberries and wine
Search Results: Displaying 1 of 1 entries

 

Labeled View

*Carlie Leila Strawberries and Wine .*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762081 / 2011-11-18 |
| **Application Title:** | Carlie Leila Strawberries and Wine . |
| **Title:** | Carlie Leila Strawberries and Wine . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-05-07 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

 

| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [▾]   Format for Print/Save |
| Enter your email address:                        Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = daddy's office
Search Results: Displaying 1 of 1 entries



Labeled View

### *Daddy's Office.*

|  |  |
|--|--|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001776838 / 2012-02-21 |
| **Application Title:** | Daddy's Office. |
| **Title:** | Daddy's Office. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-11-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format  Full Record ▼ | | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kat translucence
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Kat Translucence.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762073 / 2011-11-19 |
| **Application Title:** | Kat Translucence. |
| **Title:** | Kat Translucence. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-11-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record  ▼  [ Format for Print/Save ] |
| Enter your email address:                           [ Email ] |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka cum like crazy
Search Results: Displaying 1 of 1 entries



Labeled View

*Katka Cum Like Crazy.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762074 / 2011-11-21 |
| **Application Title:** | Katka Cum Like Crazy. |
| **Title:** | Katka Cum Like Crazy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-07-07 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ▾  Format for Print/Save | |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka sweet surprise
Search Results: Displaying 1 of 1 entries



Labeled View

*Katka Sweet Surprise.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762075 / 2011-11-18 |
| **Application Title:** | Katka Sweet Surprise. |
| **Title:** | Katka Sweet Surprise. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-08-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  [ Format for Print/Save ] |
| Enter your email address:  [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=katka+sweet+surprise&Search_Code=TALL&PI...    1/

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kristen girl next door
Search Results: Displaying 1 of 1 entries



> **Labeled View**

### *Kristen Girl Next Door.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762076 / 2011-11-18 |
| **Application Title:** | Kristen Girl Next Door. |
| **Title:** | Kristen Girl Next Door. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-08-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record ▼   [ Format for Print/Save ] |
| Enter your email address:                              [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila sex on the beach
Search Results: Displaying 1 of 1 entries



Labeled View

*Leila Sex On The Beach.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762083 / 2011-11-21 |
| **Application Title:** | Leila Sex On The Beach. |
| **Title:** | Leila Sex On The Beach. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-12-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format   Full Record   ⌄   Format for Print/Save | |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=leila+sex+on+the+beach&Search_Code=TALL&...

1/

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = megan morning bath
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Megan Morning Bath.*

|                                 |                                                                                                      |
|--------------------------------:|------------------------------------------------------------------------------------------------------|
|                   **Type of Work:** | Motion Picture                                                                                       |
|   **Registration Number / Date:** | PA0001762077 / 2011-11-18                                                                            |
|           **Application Title:** | Megan Morning Bath.                                                                                   |
|                      **Title:** | Megan Morning Bath.                                                                                   |
|                **Description:** | Electronic file (eService)                                                                            |
|          **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.                                  |
|            **Date of Creation:** | 2010                                                                                                  |
|         **Date of Publication:** | 2010-02-12                                                                                            |
|    **Nation of First Publication:** | United States                                                                                      |
|  **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
|                      **Names:** | <u>Malibu Media LLC</u>                                                                              |



---

| Save, Print and Email (<u>Help Page</u>) |
|---|
| Select Download Format  Full Record  ▾  Format for Print/Save |
| Enter your email address:  Email |

---

<u>Help</u>   <u>Search</u>   <u>History</u>   <u>Titles</u>   <u>Start Over</u>

---

<u>Contact Us</u>  |  <u>Request Copies</u>  |  <u>Get a Search Estimate</u>  |  <u>Frequently Asked Questions (FAQs) about Copyright</u>  |
<u>Copyright Office Home Page</u>  |  <u>Library of Congress Home Page</u>

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=megan+morning+bath&Search_Code=TALL&Pl...

/17/12                                           WebVoyage Record View 1

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = mina's fantasy
Search Results: Displaying 1 of 2 entries



**Labeled View**

*Mina's Fantasy.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762078 / 2011-11-23 |
| **Application Title:** | Mina's Fantasy. |
| **Title:** | Mina's Fantasy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|:---|
| Select Download Format  Full Record  ▾    Format for Print/Save |
| Enter your email address:    Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&ti=1,1&Search_Arg=mina%27s fantasy&Search_Code...

1/

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany teenagers in love
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Tiffany Teenagers In Love.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762019 / 2011-11-20 |
| **Application Title:** | Tiffany Teenagers In Love. |
| **Title:** | Tiffany Teenagers In Love. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-12-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format  Full Record  [▼]  [ Format for Print/Save ] |
| Enter your email address:  [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=tiffany+teenagers+in+love&Search_Code=TAL...

1/

/17/12                    WebVoyage Record View 1

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tori the endless orgasm
Search Results: Displaying 1 of 1 entries



─────────────────────────────────────────

Labeled View

*Tori The Endless Orgasm.*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762082 / 2011-11-18 |
| **Application Title:** | Tori The Endless Orgasm. |
| **Title:** | Tori The Endless Orgasm. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-10-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (**Help Page**) |
|:---|
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address:  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=tori+the+endless+orgasm&Search_Code=TALL...

1/

*-APPLICATION-*

## Title ────────────────────────────────────

Title of Work: Just the Two of Us

## Completion/Publication ────────────────────

Year of Completion: 2011

Date of 1st Publication: November 18, 2011          Nation of 1st Publication: United States

## Author ───────────────────────────────────

■          Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant ───────────────────────

Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification ────────────────────────────

Name: Emilie Kennedy

Date: March 18, 2012

Registration #:

Service Request #:  1-739941802

Priority:  Routine                          Application Date:  March 18, 2012 01:08:11 PM

## Correspondent

Organization Name: Lipscomb, Eisenberg & Baker

Name: Emilie  Kennedy

Email: copyright@lebfirm.com

Address: 2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131

## Mail Certificate

Malibu Media LLC
Brigham Field
31356 Broad Beach Rd
Malibu, CA 90265

# *-APPLICATION-*

## Title
Title of Work: The Girl in My Shower

## Completion/Publication
Year of Completion: 2009

Date of 1st Publication: October 23, 2009          Nation of 1st Publication: United States

## Author
■          Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant
Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification
Name: Emilie Kennedy

Date: March 30, 2012

Registration #:

Service Request #:  1-745923182

Priority:  Routine                    Application Date:  March 30, 2012 08:46:22 PM

## Correspondent

Organization Name: Lipscomb, Eisenberg & Baker

Name: Emilie  Kennedy

Email: copyright@lebfirm.com

Address: 2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131

## Mail Certificate

Malibu Media LLC
Brigham Field
31356 Broad Beach Rd
Malibu, CA 90265

# EXHIBIT C

Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 03/03/2012 21:23:03 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 03/03/2012 21:23:03 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 03/03/2012 21:23:03 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 03/03/2012 21:23:03 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 03/03/2012 21:23:03 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 03/03/2012 21:23:03 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 03/03/2012 21:23:03 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 03/03/2012 21:23:03 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 03/03/2012 21:23:03 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 03/03/2012 21:23:03 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 03/03/2012 21:23:03 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 03/03/2012 21:23:03 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 03/03/2012 21:23:03 |

**Total Statutory Copyright Infringements for Doe #1:  13**

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 02/10/2012 02:24:53 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 02/10/2012 02:24:53 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 02/10/2012 02:24:53 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 02/10/2012 02:24:53 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 02/10/2012 02:24:53 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 02/10/2012 02:24:53 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 02/10/2012 02:24:53 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 02/10/2012 02:24:53 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 02/10/2012 02:24:53 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 02/10/2012 02:24:53 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 02/10/2012 02:24:53 |

**Total Statutory Copyright Infringements for Doe #2:  11**

EXHIBIT C

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 02/06/2012 12:59:21 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 02/06/2012 12:59:21 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 02/06/2012 12:59:21 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 02/06/2012 12:59:21 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 02/06/2012 12:59:21 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 02/06/2012 12:59:21 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 02/06/2012 12:59:21 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 02/06/2012 12:59:21 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 02/06/2012 12:59:21 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 02/06/2012 12:59:21 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 02/06/2012 12:59:21 |

**Total Statutory Copyright Infringements for Doe #3:  11**

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 02/15/2012 07:56:48 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 02/15/2012 07:56:48 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 02/15/2012 07:56:48 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 02/15/2012 07:56:48 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 02/15/2012 07:56:48 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 02/15/2012 07:56:48 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 02/15/2012 07:56:48 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 02/15/2012 07:56:48 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 02/15/2012 07:56:48 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 02/15/2012 07:56:48 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 02/15/2012 07:56:48 |

**Total Statutory Copyright Infringements for Doe #4:  11**

EXHIBIT C

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/01/2012 19:09:11 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/01/2012 19:09:11 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/01/2012 19:09:11 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/01/2012 19:09:11 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/01/2012 19:09:11 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/01/2012 19:09:11 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/01/2012 19:09:11 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/01/2012 19:09:11 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/01/2012 19:09:11 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/01/2012 19:09:11 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/01/2012 19:09:11 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/01/2012 19:09:11 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/01/2012 19:09:11 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 04/01/2012 19:09:11 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/01/2012 19:09:11 |

**Total Statutory Copyright Infringements for Doe #5:  15**

Doe #6

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 03/20/2012 21:54:58 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 03/20/2012 21:54:58 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 03/20/2012 21:54:58 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 03/20/2012 21:54:58 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 03/20/2012 21:54:58 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 03/20/2012 21:54:58 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 03/20/2012 21:54:58 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 03/20/2012 21:54:58 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 03/20/2012 21:54:58 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 03/20/2012 21:54:58 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 03/20/2012 21:54:58 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 03/20/2012 21:54:58 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 03/20/2012 21:54:58 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 03/20/2012 21:54:58 |

**Total Statutory Copyright Infringements for Doe #6:  14**

EXHIBIT C

CCA17

Doe #7

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 03/08/2012 01:56:00 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 03/08/2012 01:56:00 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 03/08/2012 01:56:00 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 03/08/2012 01:56:00 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 03/08/2012 01:56:00 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 03/08/2012 01:56:00 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 03/08/2012 01:56:00 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 03/08/2012 01:56:00 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 03/08/2012 01:56:00 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 03/08/2012 01:56:00 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 03/08/2012 01:56:00 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 03/08/2012 01:56:00 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 03/08/2012 01:56:00 |

**Total Statutory Copyright Infringements for Doe #7:  13**

Doe #8

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 03/15/2012 06:14:50 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 03/15/2012 06:14:50 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 03/15/2012 06:14:50 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 03/15/2012 06:14:50 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 03/15/2012 06:14:50 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 03/15/2012 06:14:50 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 03/15/2012 06:14:50 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 03/15/2012 06:14:50 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 03/15/2012 06:14:50 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 03/15/2012 06:14:50 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 03/15/2012 06:14:50 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 03/15/2012 06:14:50 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 03/15/2012 06:14:50 |

**Total Statutory Copyright Infringements for Doe #8:  13**

EXHIBIT C

Doe #9

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/12/2012 04:38:16 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/12/2012 04:38:16 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/12/2012 04:38:16 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/12/2012 04:38:16 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/12/2012 04:38:16 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/12/2012 04:38:16 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/12/2012 04:38:16 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/12/2012 04:38:16 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/12/2012 04:38:16 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/12/2012 04:38:16 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/12/2012 04:38:16 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/12/2012 04:38:16 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/12/2012 04:38:16 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 04/12/2012 04:38:16 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/12/2012 04:38:16 |

**Total Statutory Copyright Infringements for Doe #9:  15**

EXHIBIT C

CCA17

Doe #10

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/12/2012 04:11:21 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/12/2012 04:11:21 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/12/2012 04:11:21 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/12/2012 04:11:21 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/12/2012 04:11:21 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/12/2012 04:11:21 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/12/2012 04:11:21 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/12/2012 04:11:21 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/12/2012 04:11:21 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/12/2012 04:11:21 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/12/2012 04:11:21 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/12/2012 04:11:21 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/12/2012 04:11:21 |
| Tiffany Teenagers In Love | 12/29/2010 | 11/20/2011 | 04/12/2012 04:11:21 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/12/2012 04:11:21 |

**Total Statutory Copyright Infringements for Doe #10:  15**

EXHIBIT C

CCA17

# EXHIBIT D

# BitTorrent vocabulary

From Wikipedia, the free encyclopedia
(Redirected from Terminology of BitTorrent)

This list explains terms used when discussing **BitTorrent clients**, and in particular the BitTorrent protocol used by these clients.

## Common BitTorrent terms

### Announce

Same as "scrape" (see below), but a client also announces that it wants to join the swarm and that the server should add it to the list of peers in that swarm.

### Availability

(Also known as distributed copies.) The number of full copies of the file available to the client. Each seed adds 1.0 to this number, as they have one complete copy of the file. A connected peer with a fraction of the file available adds that fraction to the availability, if no other peer has this part of the file.
*Example:* a peer with 65.3% of the file downloaded increases the availability by 0.653. However, if two peers both have the same portion of the file downloaded - say 50% - and there is only one seeder, the availability is 1.5.

### Choked

Describes a peer to whom the client refuses to send file pieces. A client *chokes* another client in several situations:

- The second client is a *seed*, in which case it does not want any pieces (i.e., it is completely *uninterested*)
- The client is already uploading at its full capacity (it has reached the value of max_uploads)
- The second client has been blacklisted for being abusive or is using a blacklisted BitTorrent client.

### Client

The program that enables p2p file sharing via the BitTorrent protocol. Examples of clients include μTorrent and Vuze.

### Downloader

A *downloader* is any peer that does not have the entire file and is downloading the file. This term, used in Bram Cohen's Python implementation, lacks the negative connotation attributed to *leech*. Bram prefers *downloader* to *leech* because BitTorrent's tit-for-tat ensures downloaders also upload and thus do not unfairly qualify as *leeches*.

EXHIBIT D

## End Game

Bittorrent has a couple of download strategies for initializing a download, downloading normally among the middle of the torrent, and downloading the last few **pieces** (see below) of a torrent. Typically, the last download pieces arrive more slowly than the others since the faster and more easily accessible pieces should have already been obtained, so to prevent this, the BitTorrent client attempts to get the last missing pieces from all of its peers. Upon receiving a piece, a cancel request command is sent to other peers.

## Fake

A fake torrent is a torrent that does not contain what is specified in its name or description(i.e. a torrent is said to contain a video, but it contains only a snapshot of a moment in the video, or in some cases a virus).

## Hash

The hash is a string of alphanumeric characters in the .torrent file that the client uses to verify the data that is being transferred. It contains information like the file list, sizes, pieces, etc. Every piece received is first checked against the hash. If it fails verification, the data is discarded and requested again. The 'Hash Fails' field in the torrent's General tab shows the number of these hash fails.

Hash checks greatly reduce the chance that invalid data is incorrectly identified as valid by the BitTorrent client, but it is still possible for invalid data to have the same hash value as the valid data and be treated as such. This is known as a hash collision.

## Health

Health is shown in a bar or in % usually next to the torrents name and size, on the site where the .torrent file is hosted. It shows if all pieces of the torrent are available to download (i.e. 50% means that only half of the torrent is available).

## Index

An *index* is a list of .torrent files (usually including descriptions and other information) managed by a website and available for searches. An *index* website can also be a *tracker*.

## Interested

Describes a downloader who wishes to obtain pieces of a file the client has. For example, the uploading client would flag a downloading client as 'interested' if that client did not possess a piece that it did, and wished to obtain it.

## Leech

A *leech* is a term with two meanings. Usually it is used to refer a *peer* who has a negative effect on the swarm by having a very poor share ratio (downloading much more than they upload). Most leeches are users on asymmetric internet connections and do not leave their BitTorrent client open

to seed the file after their download has completed. However, some leeches intentionally avoid uploading by using modified clients or excessively limiting their upload speed.
The often used second meaning of *leech* is synonymous with *downloader* (see above): used simply to describe a *peer* or any client that does not have 100% of the data. This alternative meaning was mainly introduced by most BitTorrent tracker sites.

## Lurker

A *lurker* is a user that only downloads files from the group but does not add new content. It does not necessarily mean that the lurker will not seed. Not to be confused with a *leecher*.

## p2p

Stands for "peer to peer", which is the technology used for file sharing among computer users over the internet. In a p2p network, each node (or computer on the network) acts as both a client and a server. In other words, each computer is capable of both sending and receiving data.

## Peer

A *peer* is one instance of a BitTorrent client running on a computer on the Internet to which other clients connect and transfer data. Usually a *peer* does not have the complete file, but only parts of it. However, in the colloquial definition, "peer" can be used to refer to any participant in the swarm (in this case, it's synonymous with "client").

## Piece

This refers to the torrented files being divided up into equal specific sized pieces (*e.g.* 512Kb, 1Mb). The pieces are distributed in a random fashion among peers in order to optimize trading efficiency.

## Ratio credit

A *ratio credit*, also known as *upload credit* or *ratio economy*, is a currency system used on a number of private trackers to provide an incentive for higher upload/download ratios among member file-sharers. In such a system, those users who have greater amounts of bandwidth, hard drive space (particularly seedboxes) or idle computer uptime are at a greater advantage to accumulate ratio credits versus those who are lacking in any one or more of the same resources.

## Scrape

This is when a client sends a request to the tracking server for information about the statistics of the torrent, such as with whom to share the file and how well those other users are sharing.

## Seeder

A *seeder* is a *peer* that has an entire copy of the torrent and offers it for upload. The more *seeders* there are, the better the chances of getting a higher download speed. If the seeder seeds the whole copy of the download, they should get faster downloads.

## Share ratio

A user's share ratio for any individual torrent is a number determined by dividing the amount of data that user has uploaded by the amount of data they have downloaded. Final share ratios over 1 carry a positive connotation in the BitTorrent community, because they indicate that the user has sent more data to other users than they received. Likewise, share ratios under 1 have negative connotation.

## Snubbed

An uploading client is flagged as *snubbed* if the downloading client has not received any data from it in over 60 seconds.

## Super-seeding

When a file is new, much time can be wasted because the seeding client might send the same file piece to many different peers, while other pieces have not yet been downloaded at all. Some clients, like ABC, Vuze, BitTornado, TorrentStorm, and µTorrent have a "super-seed" mode, where they try to only send out pieces that have never been sent out before, theoretically making the initial propagation of the file much faster. However the super-seeding becomes substantially less effective and may even reduce performance compared to the normal "rarest first" model in cases where some peers have poor or limited connectivity. This mode is generally used only for a new torrent, or one which must be re-seeded because no other seeds are available.

## Swarm

*Main article: segmented downloading*

Together, all *peers* (including *seeders*) sharing a *torrent* are called a *swarm*. For example, six ordinary *peers* and two *seeders* make a *swarm* of eight.

## Torrent

A *torrent* can mean either a `.torrent` metadata file or all files described by it, depending on context. The *torrent file* contains metadata about all the files it makes downloadable, including their names and sizes and checksums of all pieces in the *torrent*. It also contains the address of a *tracker* that coordinates communication between the peers in the swarm.

## Tracker

A *tracker* is a server that keeps track of which seeds and peers are in the swarm. Clients report information to the tracker periodically and in exchange, receive information about other clients to which they can connect. The tracker is not directly involved in the data transfer and does not have a copy of the file.

# See also

Retrieved from "http://en.wikipedia.org/wiki/BitTorrent_vocabulary"
Categories: BitTorrent | Lexis.

- This page was last modified on 22 February 2011 at 15:22.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.

Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV12- 3614 GHK (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [ ] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) <br> MALIBU MEDIA, LLC | DEFENDANTS <br> JOHN DOES 1-10 |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> Kushner Law Group, 801 North Citrus Avenue <br> Los Angeles, CA 90038, (323)515-7894 | Attorneys (If Known) |

**I. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**LASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** 150,000, per Defendant

**I. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. § 101 – Copyright Infringement

**II. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**R OFFICE USE ONLY:** Case Number:    CV12-3614

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| See attachment | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| See attachment | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _~Jenna Cushman~_   Date   4/24/12

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

(b) List the County in the District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH named** defendant resides.

| DOE# | City | State | County |
|---|---|---|---|
| 1 | Irvine | CA | Orange |
| 2 | Aliso Viejo | CA | Orange |
| 3 | Laguna Niguel | CA | Orange |
| 4 | Irvine | CA | Orange |
| 5 | Santa Barbara | CA | Santa Barbara |
| 6 | Chino Hills | CA | San Bernardino |
| 7 | Torrance | CA | Los Angeles |
| 8 | Newbury Park | CA | Ventura |
| 9 | Upland | CA | San Bernardino |
| 10 | Covina | CA | Los Angeles |