| | party_name | py_role | court_id | cs_year | nos | cs_date_filed | cs_date_term | case_no | case_title | NtcOfRltd Case Filed? 6/27 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Malibu Media Inc | dft | cacdce | 1996 | 890 | 3/1/96 | 10/4/96 | 2:1996-cv-01473 | FTC v. Krystee Carr, et al | |
| 2 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 2/27/12 | | 2:2012-cv-01647 | Malibu Media LLC v. John Doe | No |
| 3 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 2/27/12 | | 2:2012-cv-01642 | Malibu Media LLC v. John Doe | No |
| 4 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 2/28/12 | | 2:2012-cv-01675 | Malibu Media LLC v. John Doe | No |
| 5 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 2:2012-cv-03614 | Malibu Media LLC v. John Doe | No |
| 6 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 2:2012-cv-03615 | Malibu Media LLC v. John Doe | No |
| 7 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 2:2012-cv-03617 | Malibu Media LLC v. John Doe | No |
| 8 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 2:2012-cv-03619 | Malibu Media LLC v. John Doe | No |
| 9 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 2:2012-cv-03620 | Malibu Media LLC v. John Doe | No |
| 10 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 2:2012-cv-03621 | Malibu Media LLC v. John Doe | No |
| 11 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 2:2012-cv-03622 | Malibu Media LLC v. John Doe | No |
| 12 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 2:2012-cv-03623 | Malibu Media LLC v. John Doe | No |
| 13 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 8:2012-cv-00647 | Malibu Media LLC v. John Doe | No |
| 14 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04656 | Malibu Media LLC v. John Doe | No |
| 15 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04650 | Malibu Media LLC v. John Doe | No |
| 16 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 8:2012-cv-00649 | Malibu Media LLC v. John Doe | No |
| 17 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 8:2012-cv-00650 | Malibu Media LLC v. John Doe | No |
| 18 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 8:2012-cv-00651 | Malibu Media LLC v. John Doe | No |
| 19 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 4/26/12 | | 8:2012-cv-00652 | Malibu Media LLC v. John Doe | No |
| 20 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04653 | Malibu Media LLC v. John Doe | No |
| 21 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04651 | Malibu Media LLC v. John Doe | No |
| 22 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04658 | Malibu Media LLC v. John Doe | No |
| 23 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04657 | Malibu Media LLC v. John Doe | No |
| 24 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04652 | Malibu Media LLC v. John Doe | No |
| 25 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04649 | Malibu Media LLC v. John Doe | No |
| 26 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04662 | Malibu Media LLC v. John Doe | No |
| 27 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04660 | Malibu Media LLC v. John Doe | No |
| 28 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04661 | Malibu Media LLC v. John Doe | No |
| 29 | Malibu Media LLC | pla | cacdce | 2012 | 820 | 5/29/12 | | 2:2012-cv-04654 | Malibu Media LLC v. John Doe | No |
| 30 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 5/10/12 | | 2:2012-cv-01255 | Malibu Media, LLC v. Unknown | |
| 31 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 5/10/12 | | 2:2012-cv-01260 | Malibu Media, LLC v. Unknown | |
| 32 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 5/10/12 | | 2:2012-cv-01261 | Malibu Media, LLC v. Unknown | |
| 33 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 5/10/12 | | 2:2012-cv-01262 | Malibu Media, LLC v. Unknown | |

| # | Plaintiff | Role | Court | Year | Code | Date | | Case Number | Case Title |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 5/29/12 | | 2:2012-cv-01459 | Malibu Media, LLC v. Unknown |
| 35 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 5/29/12 | | 1:2012-cv-00886 | Malibu Media, LLC v. Unknown |
| 36 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 5/29/12 | | 1:2012-cv-00888 | Malibu Media, LLC v. John Does 1 through 59 |
| 37 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 6/5/12 | | 2:2012-cv-01513 | Malibu Media, LLC v. Unknown |
| 38 | Malibu Media, LLC | pla | caedce | 2012 | 820 | 6/5/12 | | 2:2012-cv-01514 | Malibu Media, LLC v. Unknown |
| 39 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 2/9/12 | | 3:2012-cv-00362 | Malibu Media, LLC v. John Does 1-25 |
| 40 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 5/9/12 | | 3:2012-cv-01135 | Malibu Media, LLC v. John Does 1 through 35 |
| 41 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 6/5/12 | | 3:2012-cv-01354 | Malibu Media, LLC v. John Does 1 through 5 |
| 42 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 6/5/12 | | 3:2012-cv-01355 | Malibu Media, LLC v. John Does 1 through 6 |
| 43 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 6/5/12 | | 3:2012-cv-01357 | Malibu Media, LLC v. John Does 1 through 11 |
| 44 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 6/6/12 | | 3:2012-cv-01370 | v. Malibu Media, LLC et al |
| 45 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 6/6/12 | | 3:2012-cv-01372 | Malibu Media, LLC v. John Does 1-19 |
| 46 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 4/30/12 | | 3:2012-cv-01049 | Malibu Media, LLC v. John Does 1 through 19 |
| 47 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 4/30/12 | | 3:2012-cv-01052 | Malibu Media, LLC v. John Does 1 through 7 |
| 48 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 4/30/12 | | 3:2012-cv-01054 | Malibu Media, LLC v. John Does 1 through 8 |
| 49 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 4/30/12 | | 3:2012-cv-01051 | Malibu Media, LLC v. John Does 1 through 10 |
| 50 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 4/30/12 | | 3:2012-cv-01056 | Malibu Media, LLC v. John Does 1 through 11 |
| 51 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 4/30/12 | | 3:2012-cv-01059 | Malibu Media, LLC v. John Does 1 through 12 |
| 52 | Malibu Media, LLC | pla | casdce | 2012 | 820 | 4/30/12 | | 3:2012-cv-01061 | Malibu Media, LLC v. John Does 1 through 11 |
| 53 | Malibu Media, LLC. | pla | casdce | 2012 | 830 | 2/9/12 | | 3:2012-cv-00358 | Malibu Media, LLC. v. John Does 1-13 |
| 54 | Malibu Media, LLC. | pla | casdce | 2012 | 820 | 2/10/12 | | 3:2012-cv-00369 | Malibu Media, LLC. v. John Does 1-15 |
| 55 | Malibu Media | pla | codce | 2012 | 820 | 4/3/12 | | 1:2012-cv-00845 | Malibu Media v. John Does 1-6 |
| 56 | Malibu Media, LLC | pla | codce | 2012 | 820 | 2/15/12 | | 1:2012-cv-00409 | Malibu Media, LLC v. John Does 1-27 |
| 57 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/2/12 | | 1:2012-cv-00834 | Malibu Media, LLC v. John Does 1-28 |
| 58 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/2/12 | | 1:2012-cv-00835 | Malibu Media, LLC v. John Does 1-21 |
| 59 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/3/12 | | 1:2012-cv-00836 | Malibu Media, LLC v. John Does 1-23 |
| 60 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/3/12 | | 1:2012-cv-00837 | Malibu Media, LLC v. John Does 1-10 |
| 61 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/3/12 | | 1:2012-cv-00839 | Malibu Media, LLC v. John Does 1-17 |
| 62 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/3/12 | | 1:2012-cv-00840 | Malibu Media, LLC v. John Does 1-16 |
| 63 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/3/12 | | 1:2012-cv-00843 | Malibu Media, LLC v. John Does 1-11 |
| 64 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/3/12 | | 1:2012-cv-00846 | Malibu Media, LLC v. John Does 1-9 |
| 65 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/4/12 | | 1:2012-cv-00885 | Malibu Media, LLC v. John Doe |
| 66 | Malibu Media, LLC | pla | codce | 2012 | 820 | 4/4/12 | | 1:2012-cv-00886 | Malibu Media, LLC v. Fantalis et al |
| 67 | Malibu Media, LLC | pla | codce | 2012 | 890 | 5/29/12 | | 1:2012-cv-01386 | Malibu Media, LLC v. John Doe 9 |
| 68 | Malibu Media, LLC | pla | codce | 2012 | 820 | 5/30/12 | | 1:2012-cv-01394 | Malibu Media, LLC v. John Does 1-33 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 69 | Malibu Media, LLC | pla | codce | 2012 | 820 | 5/30/12 | | 1:2012-cv-01395 | Malibu Media, LLC v. John Does 1-5 |
| 70 | Malibu Media, LLC | cd | codce | 2012 | 820 | 4/4/12 | | 1:2012-cv-00886 | Malibu Media, LLC v. Fantalis et al |
| 71 | Malibu Media, LLC | pla | codce | 2012 | 820 | 5/30/12 | | 1:2012-cv-01404 | Malibu Media, LLC v. John Does 1-5 |
| 72 | Malibu Media, LLC | pla | codce | 2012 | 820 | 5/30/12 | | 1:2012-cv-01405 | Malibu Media, LLC v. John Does 1-5 |
| 73 | Malibu Media, LLC | pla | codce | 2012 | 820 | 5/30/12 | | 1:2012-cv-01406 | Malibu Media, LLC v. John Does 1-14 |
| 74 | Malibu Media, LLC | pla | codce | 2012 | 820 | 5/30/12 | | 1:2012-cv-01407 | Malibu Media, LLC v. John Does 1-54 |
| 75 | Malibu Media, LLC | pla | codce | 2012 | 820 | 5/30/12 | | 1:2012-cv-01408 | Malibu Media, LLC v. John Does 1-15 |
| 76 | Malibu Media, LLC | pla | codce | 2012 | 820 | 6/12/12 | | 1:2012-cv-01522 | Malibu Media, LLC v. Felitti et al |
| 77 | Malibu Media, LLC | pla | codce | 2012 | 820 | 2/15/12 | 6/7/12 | 1:2012-cv-00397 | Malibu Media, LLC v. John Does 1-29 |
| 78 | Malibu Media, LLC | pla | codce | 2012 | 820 | 2/15/12 | | 1:2012-cv-00399 | Malibu Media, LLC v. John Does 1-16 |
| 79 | Malibu Media, LLC | pla | codce | 2012 | 820 | 2/15/12 | | 1:2012-cv-00402 | Malibu Media, LLC v. John Does 1-30 |
| 80 | Malibu Media, LLC | pla | codce | 2012 | 820 | 2/15/12 | | 1:2012-cv-00405 | Malibu Media, LLC v. John Does 1-10 |
| 81 | Malibu Media, LLC | pla | codce | 2012 | 820 | 2/15/12 | | 1:2012-cv-00406 | Malibu Media, LLC v. John Does 1-27 |
| 82 | Malibu Media, LLC | pla | codce | 2012 | 820 | 2/15/12 | | 1:2012-cv-00407 | Malibu Media, LLC v. John Does 1-18 |
| 83 | Malibu Media, LLC | pla | codce | 2012 | 820 | 2/15/12 | | 1:2012-cv-00408 | Malibu Media, LLC v. John Does 1-15 |
| 84 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 2/10/12 | | 1:2012-cv-00237 | MALIBU MEDIA, LLC v. DOES |
| 85 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 5/13/12 | | 1:2012-cv-00766 | MALIBU MEDIA, LLC v. Does 1-15 |
| 86 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 2/10/12 | | 1:2012-cv-00235 | MALIBU MEDIA, LLC v. DOES |
| 87 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 2/10/12 | 6/7/12 | 1:2012-cv-00233 | MALIBU MEDIA, LLC v. DOES |
| 88 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 5/13/12 | | 1:2012-cv-00761 | MALIBU MEDIA, LLC v. DOES 1-5 |
| 89 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 5/13/12 | | 1:2012-cv-00762 | MALIBU MEDIA, LLC v. DOES 1-10 |
| 90 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 5/13/12 | | 1:2012-cv-00763 | MALIBU MEDIA, LLC v. DOES 1-22 |
| 91 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 5/13/12 | | 1:2012-cv-00764 | MALIBU MEDIA, LLC v. DOES 1-14 |
| 92 | MALIBU MEDIA, LLC | pla | dcdce | 2012 | 820 | 5/13/12 | | 1:2012-cv-00765 | MALIBU MEDIA, LLC v. Does 1-11 |
| 93 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 5/15/12 | | 8:2012-cv-01076 | Malibu Media, LLC v. John Does |
| 94 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 5/15/12 | | 8:2012-cv-01075 | Malibu Media, LLC v. John Does |
| 95 | Malibu Media, LLC | dft | flmdce | 2012 | 820 | 5/15/12 | | 2:2012-cv-00267 | v. Malibu Media, LLC et al |
| 96 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 3/28/12 | | 3:2012-cv-00340 | Malibu Media, LLC v. John Does 1-20 |
| 97 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 3/28/12 | | 3:2012-cv-00336 | Malibu Media, LLC v. Jor Does 1- 18 |
| 98 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 3/28/12 | | 3:2012-cv-00335 | Malibu Media, LLC v. John Does 1-19 |
| 99 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 3/28/12 | | 5:2012-cv-00159 | Malibu Media, LLC v. Does |
| 100 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 3/28/12 | | 8:2012-cv-00669 | Malibu Media, LLC v. John Does 1-9 et al |
| 101 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 3/28/12 | | 3:2012-cv-00338 | Malibu Media, LLC v. John Does 1-6 |
| 102 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 3/28/12 | | 2:2012-cv-00177 | Malibu Media, LLC v. John Does 1-13 |
| 103 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 3/28/12 | | 2:2012-cv-00178 | Malibu Media, LLC v. John Does 1-35 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 104 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 5/15/12 | | 2:2012-cv-00266 | Malibu Media, LLC v. John Does 1-25 |
| 105 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 5/15/12 | | 3:2012-cv-00575 | Malibu Media, LLC v. John Does 1-22 |
| 106 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 5/15/12 | | 8:2012-cv-01077 | Malibu Media, LLC v. John Does |
| 107 | Malibu Media, LLC | pla | flmdce | 2012 | 820 | 5/15/12 | | 8:2012-cv-01074 | Malibu Media, LLC v. John Does |
| 108 | Malibu Media, LLC | pla | flsdce | 2012 | 820 | 5/11/12 | | 2:2012-cv-14171 | Malibu Media, LLC v. John Does 1-7 |
| 109 | Malibu Media, LLC | pla | flsdce | 2012 | 820 | 5/11/12 | | 9:2012-cv-80512 | Malibu Media, LLC v. John Does 1-13 |
| 110 | Malibu Media, LLC | pla | ilcdce | 2012 | 820 | 6/14/12 | | 3:2012-cv-03160 | Malibu Media, LLC v. Does 1-13 |
| 111 | Malibu Media, LLC | pla | ilcdce | 2012 | 820 | 6/14/12 | | 1:2012-cv-01188 | Malibu Media, LLC v. Does 1-34 |
| 112 | Malibu Media, LLC | pla | ilcdce | 2012 | 820 | 6/14/12 | | 2:2012-cv-02159 | Malibu Media, LLC v. Does 1-14 |
| 113 | Malibu Media, LLC | pla | ilcdce | 2012 | 820 | 6/14/12 | | 1:2012-cv-01189 | Malibu Media, LLC v. Does 1-7 |
| 114 | Malibu Media, LLC | pla | ilndce | 2012 | 820 | 6/14/12 | | 1:2012-cv-04669 | Malibu Media, LLC v. Does 1-7 |
| 115 | Malibu Media, LLC | pla | ilndce | 2012 | 820 | 6/14/12 | | 1:2012-cv-04675 | Malibu Media, LLC v. Does 1-14 |
| 116 | Malibu Media, LLC | pla | ilndce | 2012 | 820 | 6/14/12 | | 1:2012-cv-04676 | Malibu Media, LLC v. Does 1-50 |
| 117 | Malibu Media, LLC | pla | ilndce | 2012 | 820 | 6/14/12 | | 1:2012-cv-04680 | Malibu Media, LLC v. Does 1-55 |
| 118 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/18/12 | | 8:2012-cv-01191 | Malibu Media, LLC v. John Does 1-37 |
| 119 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01192 | Malibu Media, LLC v. John Does 1-28 |
| 120 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01193 | Malibu Media, LLC v. John Does 1-34 |
| 121 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01194 | Malibu Media, LLC v. John Does 1-12 |
| 122 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01195 | Malibu Media, LLC v. John Does 1-34 |
| 123 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01196 | Malibu Media, LLC v. John Does 1-32 |
| 124 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01197 | Malibu Media, LLC v. Doe 1 |
| 125 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01198 | Malibu Media, LLC v. Doe 1 |
| 126 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01199 | Malibu Media, LLC v. John Does 1-23 |
| 127 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01200 | Malibu Media, LLC v. John Does 1-18 |
| 128 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01201 | Malibu Media, LLC v. John Does 1-14 |
| 129 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01202 | Malibu Media, LLC v. John Does 1-10 |
| 130 | Malibu Media, LLC | pla | mddce | 2012 | 820 | 4/19/12 | | 8:2012-cv-01203 | Malibu Media, LLC v. Doe 1 |
| 131 | Malibu Media LLC | pla | miedce | 2012 | 820 | 6/14/12 | | 2:2012-cv-12584 | Malibu Media LLC v. Does 1-46 |
| 132 | Malibu Media LLC | pla | miedce | 2012 | 820 | 6/14/12 | | 2:2012-cv-12586 | Malibu Media, LLC. v. Does, |
| 133 | Malibu Media LLC | pla | miedce | 2012 | 820 | 6/14/12 | | 2:2012-cv-12587 | Malibu Media LLC v. John Does 1-9 |
| 134 | Malibu Media LLC | pla | miedce | 2012 | 820 | 6/14/12 | | 2:2012-cv-12591 | Malibu Media LLC v. Does 1-10 |
| 135 | Malibu Media LLC | pla | miedce | 2012 | 820 | 6/14/12 | | 2:2012-cv-12593 | Malibu Media LLC v. Does 1-6 |
| 136 | Malibu Media LLC | pla | miedce | 2012 | 820 | 6/14/12 | | 2:2012-cv-12597 | Malibu Media LLC v. Does 1-43 |
| 137 | Malibu Media LLC | pla | miedce | 2012 | 820 | 6/14/12 | | 4:2012-cv-12598 | Malibu Media LLC v. Does 1-28 |
| 138 | Malibu Media, LLC | pla | miwdce | 2012 | 820 | 6/14/12 | | 1:2012-cv-00620 | Malibu Media, LLC v. Does 1-10 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 139 | Malibu Media, LLC | pla | miwdce | 2012 | 820 | 6/14/12 | | 1:2012-cv-00621 | Malibu Media, LLC v. Does 1-11 |
| 140 | Malibu Media, LLC | pla | miwdce | 2012 | 820 | 6/14/12 | | 1:2012-cv-00616 | Malibu Media, LLC v. Does 1-31 |
| 141 | Malibu Media, LLC | pla | miwdce | 2012 | 820 | 6/14/12 | | 1:2012-cv-00617 | Malibu Media, LLC v. Does 1-7 |
| 142 | Malibu Media, LLC | pla | miwdce | 2012 | 820 | 6/14/12 | | 1:2012-cv-00619 | Malibu Media, LLC v. Does 1-21 |
| 143 | MALIBU MEDIA, LLC | pla | njdce | 2012 | 890 | 5/22/12 | | 1:2012-cv-03030 | MALIBU MEDIA, LLC. et al v. JOHN DOES 1-9 |
| 144 | MALIBU MEDIA, LLC | pla | njdce | 2012 | 890 | 5/30/12 | | 1:2012-cv-03269 | MALIBU MEDIA, LLC. v. JOHN DOES 1-18 |
| 145 | Malibu Media, LLC | pla | nyedce | 2012 | 820 | 3/8/12 | | 2:2012-cv-01146 | Malibu Media, LLC v. Does 1-10 |
| 146 | Malibu Media, LLC | pla | nyedce | 2012 | 820 | 3/8/12 | | 2:2012-cv-01147 | Malibu Media, LLC v. Does 1-26 |
| 147 | Malibu Media, LLC | pla | nyedce | 2012 | 820 | 3/8/12 | | 2:2012-cv-01148 | Malibu Media, LLC v. Does 1-20 |
| 148 | Malibu Media, LLC | pla | nyedce | 2012 | 820 | 3/8/12 | | 2:2012-cv-01149 | Malibu Media, LLC v. Does 1-30 |
| 149 | Malibu Media, LLC | pla | nyedce | 2012 | 820 | 3/8/12 | | 2:2012-cv-01150 | Malibu Media, LLC v. Does 1-11 |
| 150 | Malibu Media, LLC | pla | nyedce | 2012 | 820 | 3/8/12 | | 2:2012-cv-01156 | Malibu Media, LLC v. Does 1-13 |
| 151 | Malibu Media, Inc. | pla | nysdce | 2012 | 840 | 4/13/12 | | 1:2012-cv-02960 | Malibu Media, Inc. v. John Does 1-4 |
| 152 | Malibu Media, Inc. | pla | nysdce | 2012 | 820 | 5/14/12 | | 7:2012-cv-03823 | Malibu Media, Inc. v. John Does 1-7 |
| 153 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 4/13/12 | | 1:2012-cv-02950 | Malibu Media, LLC v. John Does 1-5 |
| 154 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 4/13/12 | | 7:2012-cv-02949 | Malibu Media, LLC v. John Does 1-10 |
| 155 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 5/14/12 | | 7:2012-cv-03820 | Malibu Media, LLC v. John Does 1-17 |
| 156 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 5/14/12 | | 7:2012-cv-03825 | Malibu Media, LLC v. John Does 1-15 |
| 157 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 5/14/12 | | 7:2012-cv-03812 | Malibu Media, LLC v. John Does 1-8 |
| 158 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 5/14/12 | | 7:2012-cv-03810 | Malibu Media, LLC v. John Does 1-11 |
| 159 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 5/14/12 | | 7:2012-cv-03818 | Malibu Media, LLC v. John Does 1-16 |
| 160 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 4/13/12 | | 1:2012-cv-02951 | Malibu Media, LLC v. John Does 1-5 |
| 161 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 4/13/12 | | 1:2012-cv-02952 | Malibu Media, LLC v. John Does 1-7 |
| 162 | Malibu Media, LLC | pla | nysdce | 2012 | 840 | 4/13/12 | | 1:2012-cv-02953 | Malibu Media, LLC v. John Does 1-4 |
| 163 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 4/13/12 | | 1:2012-cv-02954 | Malibu Media, LLC v. John Does 1-5 |
| 164 | Malibu Media, LLC | pla | nysdce | 2012 | 840 | 4/13/12 | | 1:2012-cv-02955 | Malibu Media, LLC v. John Does 1-4 |
| 165 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 4/13/12 | | 1:2012-cv-02961 | Malibu Media, LLC v. John Does 1-4 |
| 166 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 5/14/12 | | 7:2012-cv-03821 | Malibu Media, LLC v. John Does 1-21 |
| 167 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 5/18/12 | | 1:2012-cv-03995 | Malibu Media, LLC v. John Does 1-13 |
| 168 | Malibu Media, LLC | pla | nysdce | 2012 | 820 | 5/24/12 | | 1:2012-cv-04136 | Malibu Media, LLC v. John Does 1-14 |
| 169 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 2:2012-cv-03144 | MALIBU MEDIA, LLC v. JOHN DOES 1-8 |
| 170 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 2:2012-cv-03143 | MALIBU MEDIA, LLC v. JOHN DOES 1-17 |
| 171 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 2:2012-cv-03145 | MALIBU MEDIA, LLC v. JOHN DOES 1-38 |
| 172 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 2:2012-cv-03142 | MALIBU MEDIA, LLC v. JOHN DOES 1-6 |
| 173 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 2:2012-cv-03141 | MALIBU MEDIA, LLC v. JOHN DOES 1-11 |

| # | Plaintiff | Role | Court | Year | Code | Date1 | Date2 | Case Number | Caption |
|---|---|---|---|---|---|---|---|---|---|
| 174 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 2:2012-cv-03147 | MALIBU MEDIA, LLC v. JOHN DOES 1-12 |
| 175 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 5:2012-cv-03139 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 |
| 176 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 2/8/12 | | 2:2012-cv-00668 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 |
| 177 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02096 | MALIBU MEDIA, LLC v. JOHN DOES 1-18 |
| 178 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02095 | MALIBU MEDIA, LLC v. JOHN DOES 1-18 |
| 179 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 5:2012-cv-02091 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 |
| 180 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02092 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 |
| 181 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02090 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 |
| 182 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02077 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 |
| 183 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 2/8/12 | | 2:2012-cv-00664 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 |
| 184 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 2/8/12 | 5/2/12 | 2:2012-cv-00665 | MALIBU MEDIA, LLC v. JOHN DOES 1-17 |
| 185 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 2/8/12 | | 2:2012-cv-00666 | MALIBU MEDIA, LLC v. JOHN DOES 1-10 |
| 186 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 2/8/12 | | 2:2012-cv-00667 | MALIBU MEDIA, LLC v. JOHN DOES 1-11 |
| 187 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 2:2012-cv-03149 | MALIBU MEDIA, LLC v. JOHN DOES 1-12 |
| 188 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02083 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 |
| 189 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02093 | MALIBU MEDIA, LLC v. JOHN DOE 1-7 |
| 190 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02078 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 |
| 191 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02084 | MALIBU MEDIA, LLC v. JOHN DOES 1-14 |
| 192 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 2:2012-cv-02094 | MALIBU MEDIA, LLC v. JOHN DOES 1-25 |
| 193 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 4/19/12 | | 5:2012-cv-02088 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 |
| 194 | MALIBU MEDIA, LLC | pla | paedce | 2012 | 820 | 6/4/12 | | 2:2012-cv-03151 | MALIBU MEDIA, LLC v. JOHN DOES 1-41 |
| 195 | Malibu Media, LLC | pla | txndce | 2012 | | 5/30/12 | | 6:2012-mc-00007 | Malibu Media, LLC v. does 33 |
| 196 | Malibu Media, LLC | pla | txndce | 2012 | | 5/30/12 | 6/6/12 | 6:2012-mc-00008 | Malibu Media, LLC v. doe 13 |
| 197 | Malibu Media, LLC | pla | vaedce | 2012 | 820 | 2/17/12 | | 1:2012-cv-00161 | Malibu Media, LLC v. John Does 1-26 |
| 198 | Malibu Media, LLC | pla | vaedce | 2012 | 820 | 2/17/12 | | 1:2012-cv-00159 | Malibu Media, LLC v. Does |
| 199 | Malibu Media, LLC | pla | vaedce | 2012 | 820 | 2/17/12 | | 1:2012-cv-00163 | Malibu Media, LLC v. John Does 1-15 |
| 200 | Malibu Media, LLC | pla | vaedce | 2012 | 820 | 2/17/12 | | 1:2012-cv-00162 | Malibu Media, LLC v. Does |
| 201 | Malibu Media, LLC | pla | vaedce | 2012 | 820 | 2/17/12 | | 1:2012-cv-00164 | Malibu Media, LLC v. Does |
| 202 | Malibu Media, LLC | pla | vaedce | 2012 | 820 | 2/17/12 | | 1:2012-cv-00165 | Malibu Media, LLC v. John Does 1-27 |
| 203 | Malibu Media, LLC | pla | vaedce | 2012 | 820 | 2/17/12 | | 1:2012-cv-00160 | Malibu Media, LLC v. John Does 1-26 |
| 204 | Malibu Media, LLC | pla | vaedce | 2012 | 820 | 2/17/12 | | 1:2012-cv-00166 | Malibu Media, LLC v. John Does 1-8 |