| COPYRIGHTED WORKS AT ISSUE (By C.D. Cal. Case No.) | 2:2012-cv-01647 | 2:2012-cv-01642 | 2:2012-cv-01675 | 2:2012-cv-03614 | 2:2012-cv-03615 | 2:2012-cv-03617 | 2:2012-cv-03619 | 2:2012-cv-03620 | 2:2012-cv-03621 | 2:2012-cv-03622 | 2:2012-cv-03623 | 8:2012-cv-00647 | 2:2012-cv-04656 | 2:2012-cv-04650 | 8:2012-cv-00649 | 8:2012-cv-00650 | 8:2012-cv-00651 | 2:2012-cv-00652 | 2:2012-cv-04653 | 2:2012-cv-04651 | 2:2012-cv-04658 | 2:2012-cv-04657 | 2:2012-cv-04652 | 2:2012-cv-04649 | 2:2012-cv-04662 | 2:2012-cv-04660 | 2:2012-cv-04661 | 2:2012-cv-04654 | TOTAL CASES / © |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carlie Beautiful Blowjob | X | X |   | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 20 |
| Carlie Big Toy Orgasm |   |   | X | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 18 |
| Carlie Leila Strawberries and Wine | X | X |   | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 20 |
| Daddy's Office |   |   | X | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X |   | X | X | X | X | X | 18 |
| Deep Inside Caprice |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 10 |
| Fayde Prelude to an Orgy |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 10 |
| Hayden Pink and Tight |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 10 |
| Just Married |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 9 |
| Just the Two of Us |   |   | X | X | X | X |   |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 18 |
| Kat Translucence | X | X | X | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 18 |
| Katka Cum Like Crazy | X | X | X | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 20 |
| Katka Sweet Surprise | X | X | X | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 20 |
| Kristen Girl Next Door | X | X | X | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 19 |
| Leila Faye Awesome Threesome |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 10 |
| Leila Naked in the Hot Sun |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 10 |
| Leila Sex on the Beach | X | X |   | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 20 |
| MaryJane Young Love | X |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 9 |
| Megan Morning Bath | X | X |   | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 20 |
| Mina's Fantasy | X | X |   | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 20 |
| Tatiana the Voyeur |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 10 |
| The Art of Anal Sex |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 10 |
| The Girl in My Shower |   |   | X | X | X | X |   |   |   | X |   | X |   | X |   |   | X | X |   | X | X | X | X | X | X | X | X | X | 16 |
| The Ultimate Blowjob |   |   |   | X | X | X |   |   |   | X |   | X |   |   |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 10 |
| Tiffany Sex with a Supermodel | X |   |   | X | X | X |   |   |   | X |   | X |   | X |   |   | X | X |   | X |   |   |   |   |   |   |   |   | 11 |
| Tiffany Teenagers in Love | X | X | X | X | X | X | X |   |   | X |   | X | X |   |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 21 |
| Tori the Endless Orgasm | X | X |   | X | X | X | X |   |   | X |   | X |   | X |   |   | X | X | X | X | X | X | X | X | X | X | X | X | 20 |
| Like the First Time |   |   |   |   |   |   |   |   |   |   |   |   |   |   | X |   |   |   |   |   |   |   |   |   |   |   |   |   | 1 |
| Silvie Eufrat Strip Poker |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | X |   |   |   |   |   |   |   |   |   |   |   | 1 |
| Rich Girl Part 2 |   |   | X |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 1 |
| Veronica Wet Orgasm |   |   |   |   |   |   |   | X |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 1 |
| Leila Last Night |   |   |   |   |   |   |   |   | X |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 1 |
| Blonde Ambition |   |   |   |   |   |   |   |   |   | X |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 1 |
| Pure Passion |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | X |   |   |   |   |   |   |   |   | 1 |
| Jennifer Naughty Angel |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | X |   |   |   |   | X |   | X |   |   | 3 |

**Judges w/ Multiple Cases:**
- Judge Dale S. Fischer
- Judge David O. Carter
- Judge Gary A. Feess
- Judge George H Wu
- Judge Percy Anderson

**11 Judges w/ One Case:**
- Judge Andrew J. Guilford
- Judge Audrey B. Collins
- Judge Dean D. Pregerson
- Judge George H. King
- Judge John A Kronstadt
- Judge Josephine Staton Tucker
- Judge Manuel L. Real
- Judge Margaret M. Morrow
- Judge Otis D Wright, II
- Judge R. Gary Klausner
- Judge S. James Otero

One Off Copyright (Like the First Time, Silvie Eufrat Strip Poker, Rich Girl Part 2, Veronica Wet Orgasm, Leila Last Night, Blonde Ambition)
One Off w/ Others (Pure Passion)