FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1 through 10,<br><br>　　　　Defendants. | Case No. CV 12-3614 GHK (Ex)<br><br>[PROPOSED] ORDER GRANTING JOINT *EX PARTE* APPLICATION TO CONTINUE HEARING DATE ON JOHN DOE NO. 5'S MOTION FOR SANCTIONS |

NOTE CHANGES MADE BY THE COURT

1  This Court has reviewed the Joint *Ex Parte* Application to Continue the
2  Hearing Date on John Doe No. 5's Motion for Sanctions. ~~Good cause appearing~~
3  ~~therefor,~~ the Application is hereby ~~GRANTED~~ Denied as moot. Instead, the
4  ~~Motion for Sanctions is continued to August 6, 2012 at 10:00 a.m.~~ matter will be submitted on 7/30/12 w/o oral argument. It's
5  ~~Plaintiff's opposition brief shall be filed on July 16, 2012, and John Doe No. 5's reply brief~~ in accordance with the Local
6  ~~shall be filed on July 23, 2012.~~ Rules as if the matter will be heard on 7/30/12.

7  IT IS SO ORDERED.

9  DATED: 7/6/12

                                    _____
                                    UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Granting Joint *Ex Parte* Application to Continue Hearing Date on Motion for Sanctions