Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone:  (323) 515-7894
Facsimile:  (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MALIBU MEDIA, LLC, | Case No. CV12-3614 RGK (SSx) |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE NO. 8 ONLY WITH PREJUDICE** |
| JOHN DOES 1 through 10, | |
| Defendants. | |

PLEASE TAKE NOTICE that on June 28, 2012 Plaintiff settled this matter with John Doe 8 ("Defendant"), *who is represented by counsel*. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action with prejudice. John Doe 8 was assigned the IP Address 173.55.47.163. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 8 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: July 11, 2012                    KUSHNER LAW GROUP


By:    /s/ Leemore L. Kushner
       Leemore L. Kushner
       Attorneys for Plaintiff Malibu Media, LLC

1
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE 8 ONLY**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Leemore L. Kushner*
Leemore L. Kushner