UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:12-cv-01642-RGK-SS; 2:12-cv-03614-RGK-SS; 2:12-cv-03615-RGK-SS; 2:12-cv-03617-RGK-SS; 2:12-cv-03619-RGK-SS; 2:12-cv-03620-RGK-SS; 2:12-cv-03621-RGK-SS; 2:12-cv-03622-RGK-SS; 2:12-cv-03623-RGK-SS; 2:12-cv-04649-RGK-SS; 2:12-cv-04650-RGK-SS; 2:12-cv-04651-RGK-SS; 2:12-cv-04652-RGK-SS; 2:12-cv-04653-RGK-SS; 2:12-cv-01647-RGK-SS; 2:12-cv-04654-RGK-SS; 8:12-cv-00652-RGK-SS; 2:12-cv-04656-RGK-SS; 2:12-cv-04657-RGK-SS; 2:12-cv-04658-RGK-SS; 2:12-cv-04660-RGK-SS; 2:12-cv-04661-RGK-SS; 2:12-cv-04662-RGK-SS; 2:12-cv-05592-RGK-SS; 2:12-cv-05593-RGK-SS; 2:12-cv-05594-RGK-SS; 2:12-cv-05595-RGK-SS; 8:12-cv-00647-RGK-SS; 8:12-cv-00649-RGK-SS; 8:12-cv-00650-RGK-SS; 8:12-cv-00651-RGK-SS; 8:12-cv-00652-RGK-SS | Date | July 24, 2012 |
| Title | MALIBU MEDIA LLC v. JOHN DOES 1-10 | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Request for Further Briefing, Case Management Order, and Motion for Sanction in 2:12-cv-03614 (DE 10)

    There are two categories of Defendants in these related cases: Defendants who are currently unrepresented and Defendants who are represented by The Pietz Law Firm. The Court will discuss the pending issues as to each group of Defendants separately.

    First, as to the unrepresented Defendants, the Court requests further briefing from the Plaintiff as to the issue of personal jurisdiction. Plaintiff responded to the Court's Order to Show Cause by submitting information about the accuracy of its IP address tracking in other federal cases. However, this data is unreliable as Plaintiff has not presented the Court with information about how it selected the defendants in those cases or the methods it used to track their location. Further, the success of Plaintiff's methods in other cases is not necessarily indicative of the likelihood that this Court has personal jurisdiction over of the present unrepresented Defendants. Plaintiff is to submit further briefing, of no more than **ten pages** by

**Friday, July 27, 2012** addressing the geo locating tools or other relevant technology it has used in the present cases to identify the location of the IP addresses belonging to the unrepresented Defendants and the accuracy and reliability of such technology. The Court will not take further steps as to these unrepresented Defendants until it has resolved the issue of personal jurisdiction.

Second, as to the represented Defendants, these Defendants have waived any objections to personal jurisdiction. (*See* Brief re: Jurisdiction and Sanctions for Related Case Rule Violations, 1: 6-10.) Further, John Doe Number 5 in 2:12-cv-03614 requests that the Court consider its previously filed Motion for Sanctions. Plaintiff has opposed that Motion and Defendant makes reply arguments in its response to the Order to Show Cause. Therefore, that Motion is deemed submitted. Upon full consideration of the arguments and evidence submitted in that case, the Court finds insufficient good cause to impose sanctions and hereby **denies** the Motion for Sanctions at Docket Entry 10 in 2:12-cv-03614. Because this Court's July 10, 2012 Case Management Order vacated any subpoenas that had previously been issued, Plaintiff may only proceed with discovery as to the represented Defendants upon further motion to the Court.

**IT IS SO ORDERED.**

|  |  |
|---|---|
| Initials of Preparer | slw |