# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MALIBU MEDIA | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 12-03614-RGK (SSx) |
| v. | |
| JOHN DOES | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

_____07/20/2012_____ / ___24___ / _____Notice of Motion_____
*Date Filed*          *Doc. No.*         *Title of Document*

_____ / _____ / _____
*Date Filed*          *Doc. No.*         *Title of Document*

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing.
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other  Motion to Sever should be noticed for hearing before the District Judge. Motion to Quash Subpoenas and Request for a Protective Order are to be noticed for hearing, as separate documents before the Magistrate Judge assigned to the case. Counsel should not file the motions until the Court issues a ruling on the July 10, 2012 Order to Show Cause

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.

Dated: __07·25·12__                By: _____[signature]_____
                                   U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

G-106 (12/10)         ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT