UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-01642-RGK (SSx) | Date | September 12, 2012 |
|---|---|---|---|
| Title | MALIBU MEDIA LLC v. JOHN DOES | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| S. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present        Not Present

**Proceedings:**   **(IN CHAMBERS)** Plaintiff's Second Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference (DE 28)

ALSO RELATES TO:

CV 12-01647-RGK (Ssx) at DE 30
CV 12-03614-RGK (Ssx) at DE 30
CV 12-03615-RGK (Ssx) at DE 27
CV 12-03617-RGK (Ssx) at DE 13
CV 12-03619-RGK (Ssx) at DE 16
CV 12-03620-RGK (Ssx) at DE 16
CV 12-03621-RGK (Ssx) at DE 12
CV 12-03622-RGK (Ssx) at DE 21
CV 12-03623-RGK (Ssx) at DE 12
CV 12-04649-RGK (Ssx) at DE 15
CV 12-04650-RGK (Ssx) at DE 11
CV 12-04651-RGK (Ssx) at DE 12
CV 12-04652-RGK (Ssx) at DE 11
CV 12-04653-RGK (Ssx) at DE 17
CV 12-04654-RGK (Ssx) at DE 11
CV 12-04656-RGK (Ssx) at DE 19

CV 12-04657-RGK (Ssx) at DE 11
CV 12-04658-RGK (Ssx) at DE 13
CV 12-04660-RGK (Ssx) at DE 20
CV 12-04661-RGK (Ssx) at DE 14
CV 12-04662-RGK (Ssx) at DE 19
SA CV 12-00647-RGK (Ssx) at DE 14
SA CV 12-00649-RGK (Ssx) at DE 13
SA CV 12-00650-RGK (Ssx) at DE 17
SA CV 12-00651-RGK (Ssx) at DE 21
SA CV 12-00652-RGK (Ssx) at DE 12

   The Court hereby advises counsel that the above-referenced motion, noticed for hearing on September 17, 2012, has been taken **under submission** and off the motion calendar.  **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

   **IT IS SO ORDERED.**