Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 10,<br><br>Defendants. | Case Nos. CV 12-1642 RGK (SSx)<br>CV 12-1647 RGK (SSx)<br>CV 12-3614 RGK (SSx)<br>CV 12-3615 RGK (SSx)<br>CV 12-3617 RGK (SSx)<br>CV 12-3619 RGK (SSx)<br>CV 12-3620 RGK (SSx)<br>CV 12-3621 RGK (SSx)<br>CV 12-3622 RGK (SSx)<br>CV 12-3623 RGK (SSx)<br>CV 12-4649 RGK (SSx)<br>CV 12-4650 RGK (SSx)<br>CV 12-4651 RGK (SSx)<br>CV 12-4652 RGK (SSx)<br>CV 12-4653 RGK (SSx)<br>CV 12-4654 RGK (SSx)<br>CV 12-4656 RGK (SSx)<br>CV 12-4657 RGK (SSx)<br>CV 12-4658 RGK (SSx)<br>CV 12-4660 RGK (SSx)<br>CV 12-4661 RGK (SSx)<br>CV 12-4662 RGK (SSx)<br>CV 12-647 RGK (SSx)<br>CV 12-649 RGK (SSx)<br>CV 12-650 RGK (SSx)<br>CV 12-651 RGK (SSx)<br>CV 12-652 RGK (SSx) |

|   |   |
|---|---|
| 1 | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR CLARIFICATION OF OCTOBER 10, 2012 ORDER** |
| 2 |   |
| 3 |   |

     Plaintiff Malibu Media, LLC ("Plaintiff") hereby responds to the Court's January 17, 2013 Order to Show Cause, and additionally requests clarification of the Court's October 10, 2012 Order denying Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference:

     On December 13, 2012, this Court entered an order denying Plaintiff's Renewed Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference and severing John Does 2 through 10 without prejudice. The order does not allow for Plaintiff to issue a subpoena to John Doe 1's ISP to obtain the Defendant's identity. Plaintiff is unable to move forward in this case without Defendant's identity and is unsure as to whether the Court intended its Order to be a final order. If it was not this Court's intention to enter a final order, Plaintiff respectfully requests that the Court schedule a status conference so that it can discuss with the Court how to proceed in this matter.

DATED: January 24, 2013        KUSHNER LAW GROUP

                                                By:     /s/ Leemore L. Kushner
                                                         Leemore L. Kushner
                                                         Attorneys for Plaintiff Malibu Media, LLC