AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

**ORIGINAL**

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>CV12-3614 | U.S. District Court, Central District of California<br>312 N. Spring St., Los Angeles, CA |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC | John Does 1-10 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0001762079 | Carlie Beautiful Blowjob | Malibu Media, LLC |
| 2 | PA0001776839 | Carlie Big Toy Orgasm | Malibu Media, LLC |
| 3 | PA0001762081 | Carlie Leila Strawberries and Wine | Malibu Media, LLC |
| 4 | PA0001776838 | Daddy's Office | Malibu Media, LLC |
| 5 | | See attachment | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order of judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☐ Judgment | ☐ Yes  ☐ No | January 28, 2013 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Terry Nafisi | Brent Pacillas | January 28, 2013 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (cont.)

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| 5. PA0001762073 | Kat Translucence | Malibu Media, LLC |
| 6. PA0001762074 | Katka Cum Like Crazy | Malibu Media, LLC |
| 7. PA0001762075 | Katka Sweet Surprise | Malibu Media, LLC |
| 8. PA0001762076 | Kristen Girl Next Door | Malibu Media, LLC |
| 9. PA0001762083 | Leila Sex on the Beach | Malibu Media, LLC |
| 10. PA0001762077 | Megan Morning Bath | Malibu Media, LLC |
| 11. PA0001762078 | Mina's Fantasy | Malibu Media, LLC |
| 12. PA0001762019 | Tiffany Teenagers in Love | Malibu Media, LLC |
| 13. PA0001762082 | Tori The Endless Orgasm | Malibu Media, LLC |
| 14. Pending | Just the Two of Us | Malibu Media, LLC |
| 15. Pending | The Girl In My Shower | Malibu Media, LLC |